# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Diontae Harper, et al.

Defendant.

Case No.: 1:23−cr−00620
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

    MINUTE entry before the Honorable Manish S. Shah: Change of plea hearing held on 11/26/24 as to Defendant Amonti McClure. Defendant informed of his rights and the charges against him. Defendant enters a plea of guilty to the charge in the Indictment, pursuant to a written plea agreement. The court finds the defendant competent to enter a guilty plea, and defendant's guilty plea is knowing, voluntary, and supported by an adequate factual basis. The court accepts the defendant's guilty plea. Enter Plea Agreement. The court enters a finding of guilt as to defendant Amonti McClure. Defendant shall remain detained pending sentencing. Time is excluded until April 7, 2025. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.